UNITED STATES DISTRICT COUNT
SOUTHERN DISTRICT OF FLORIDA

TAURIGA SCIENCES, INC.,
A Florida Corporation.

CASE NO.: 15-CV-62334-RLR

Plaintiff

vs.

COWAN, GUNTESKI & CO., P.A.
A Foreign Corporation; DONALD
COWAN, an Individual; and WILLIAM
MYLER, an Individual.

Defendants.
_____/

**PLAINTIFF'S MOTION TO RE-SET CALENDAR CALL AND TRIAL DATE**

Plaintiff, Tauriga Sciences, Inc. ("Tauriga"), by and through its undersigned attorneys, files this Motion to Re-Set Calendar Call and Trial Dates, and does state:

1. On November 4, 2015, this action was filed by Plaintiff against Defendants based on four causes of action related to Defendants' failures as the auditors for the publically traded Plaintiff.

2. On December 2, 2015, this Court issued its Order Setting Status Conference, Calendar Call and Trial. *See* D.E. 11.

3. On December 29, 2015, Plaintiff filed its Motion to Stay this Action in light of the parties agreeing to pursue voluntary mediation prior to service of process. *See* D.E. 14. This Motion was granted.

4. On March 11, 2016, Plaintiff notified the Court that voluntary mediation did not result in a settlement and the parties were ready to continue in this case. *See,* D.E. 16.

5. On April 15, 2016, Defendants field their Waiver of Service. *See,* D.E. 17-19.

6.	We are in need of the trial date and associated dates in order to select deadlines and move this case to completion in a similar fashion as the Court previously entered on its Order Setting Status Conference, Calendar Call and Trial. *See,* D.E. 11

## CONCLUSION

For the foregoing reasons, Tauriga requests that the Court enter an updated Order Setting Status Conference, Calendar Call and Trial, and any other relief that this Court deems right and just.

*Respectfully submitted*,

SILVERBERG & WEISS, P.A.
*Attorney for Defendant, Breathe ECig Corp.*
1290 Weston Road, Suite 218
Weston, Florida 33326
Primary e-mail: Notices@pkslegal.com
Tel: (954) 384-0998/ Fax: (954) 384-5390

By: */s/ Paul K. Silverberg*
	Paul K. Silverberg, Esq.
	Fla. Bar No. 147877
	Kraig S. Weiss, Esq.
	Fla. Bar No. 63193

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016, I electronically filed the foregoing document with the Court using CM/ECF and served all counsel of record via the CM/ECF System.

By: */s/ Paul K. Silverberg*
	Paul K. Silverberg, Esq.
	Fla. Bar No. 147877