**UNITED STATES DISTRICT COUNT**
**SOUTHERN DISTRICT OF FLORIDA**

TAURIGA SCIENCES, INC.,
A Florida Corporation.

        CASE NO.: 15-CV-62334-RLR

    Plaintiff

vs.

COWAN, GUNTESKI & CO., P.A.
A Foreign Corporation; DONALD
COWAN, an Individual; and WILLIAM
MYLER, an Individual.

    Defendant.
_____/

**NOTICE OF UNAVAILABILITY**

**PLEASE NOTICE** that Plaintiff's Counsel, Paul K. Silverberg, will be unavailable between and including June 30, 2016 to July 18, 2016, for the above matter. Counsel respectfully requests that no party or the Court set any matter for hearing, set any deadline, propound any discovery or require any other action by Counsel or its client during this time period.

    *Respectfully submitted*,

    SILVERBERG & WEISS, P.A.
    *Attorney for Plaintiff*
    1290 Weston Road, Suite 218
    Weston, Florida 33326
    Primary e-mail: Notices@pkslegal.com
    Tel: (954) 384-0998 / Fax: (954) 384-5390

    By: */s/ Paul K. Silverberg*
        Paul K. Silverberg, Esq.
        Fla. Bar No. 147877
        Kraig S. Weiss, Esq.
        Fla. Bar No. 63193

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2016, I electronically filed the foregoing document with the Court using CM/ECF and served all counsel of record via the CM/ECF System.

    By: */s/ Paul K. Silverberg*
        Paul K. Silverberg, Esq.