UNITED STATES DISTRICT COUNT
SOUTHERN DISTRICT OF FLORIDA

TAURIGA SCIENCES, INC.,
A Florida Corporation.

CASE NO.: 15-CV-62334-RLR

Plaintiff

vs.

COWAN, GUNTESKI & CO., P.A.
A Foreign Corporation; DONALD
COWAN, an Individual; and WILLIAM
MYLER, an Individual.

Defendants.
_____/

**PLAINTIFF'S UNOPPOSSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DISMISS AND RESET DATE FOR REPLY**

Plaintiff, Tauriga Sciences, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1 hereby file this Unopposed Limited Motion for Extension of Time for Defendants to file their Response to the Defendant's Motion to Dismiss and in support state as follows:

1.   On June 13, 2016, the Defendants filed their "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and/or to Dismiss of Transfer Venue Pursuant to 28. U.S.C. 1406(a)" [Doc. 23].

2.   Based on Counsel for Plaintiff's litigation schedule, a very shot extension of time is requested to file a Response to the Defendant's Motion.

4.   Plaintiff have conferred with the Defendants, who do not oppose the relief requested herein to extend the deadline to file a Response by **Wednesday, July 6, 2016**, with the Reply to the Motion being due by Defendants on **July 15, 2016**.

5. The Defendant Plaintiff and this Honorable Court will not be prejudiced by this extension request. This extension request is also not filed for the purpose of delay.

WHEREFORE, the Defendants request an Order from this Honorable Court consistent with the relief sought herein.

## LOCAL RULE 7.1(A)(3) COMPLAINCE

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Plaintiff certifies that he has conferred with the counsel for the Defendants in a good faith effort to resolve the issues raised in this motion. Counsel for Defendants has stated that he does not oppose the relief requested.

*Respectfully submitted,*

SILVERBERG & WEISS, P.A.
*Counsel for Plaintiffs*
1290 Weston Road, Suite 218
Weston, Florida 33326
Primary e-mail: Notices@pkslegal.com
(954) 384-0998 tel./ (954) 384-5390 fax.

By: **/s/ Paul K. Silverberg**
       Paul K. Silverberg, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2016, I electronically filed the foregoing document with the Court using CM/ECF and served all counsel of record via the CM/ECF System.

By: */s/ Paul K. Silverberg*
       Paul K. Silverberg, Esq.
       Fla. Bar No. 147877