UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAURIGA SCIENCES, INC.,
A Florida Corporation.

CASE NO.: 15-CV-62334-RLR

Plaintiff

vs.

COWAN, GUNTESKI & CO., P.A.
A Foreign Corporation; DONALD
COWAN, an Individual; and WILLIAM
MEYLER, an Individual.

Defendant.
_____/

## MOTION TO COMPEL DEPOSITION OF WILLIAM MEYLER

Plaintiff, TAURIGA SCIENCES, INC., by and through undersigned counsel, hereby files this Motion to Compel Deposition of Defendant, WILLIAM MEYLER, and in support states as follows:

1. This is an action which finds its genesis in malpractice and negligence. As part and parcel to the causes of actions are allegations that the individual, William Meyler, ("Meyler") failed in his standard duty of care in his accounting duties and while performing services for Plaintiff.

2. On July 25, 2016, Plaintiff contacted opposing counsel in an attempt to set a date in September to obtain the deposition of Meyler. On August 11, 2016, after no response for nearly two weeks, Plaintiff again contacted Defendant in an attempt to set a date for the deposition of Meyler. See correspondence attached hereto and incorporated herein as Exhibit "A". Plaintiff has provided a litany of dates to the Defendants, and has agreed to take the deposition of Meyler in New Jersey.

3. On August 11, 2016, opposing counsel responded, but did not provide dates for the deposition of Meyler. Exhibit "A".

4. On August 15, 2016, Defendant responded stating that he was unavailable for each day Plaintiff suggested for the deposition of Meyler, but failed to suggest any alternative dates for the deposition. That same day, Plaintiff, once again, requested dates that Defendant would be available for the deposition. Exhibit "B".

5. On August 17, 2016, Defendant responded to Plaintiff's prior e-mail by stating that they would not provide potential dates for Meyler's deposition because they had not "agreed" to commence discovery. Exhibit "C".

6. On August 24, 2016, in another attempt to obtain potential dates for Meyler's deposition, Plaintiff again e-mailed Defendant to obtain dates. Defendant responded, but did not provide potential deposition dates. Exhibit "D".

7. Plaintiff has made numerous attempts, stretching for a period of over a month, to take the deposition of Meyler, however, Defendant has been uncooperative and dilatory. Moreover, the Defendant has sought an order of protection, which has been denied by this Court.

8. As a result of the above, this Motion has been filed and Plaintiff has incurred costs and fees to compel Defendants compliance. Plaintiff has made attempts to avoid the need of this Motion and seek compliance by Defendant. Accordingly, and pursuant to Fed. R. Civ. P. 37(a)(5), Plaintiff requests that Defendants be ordered to pay an award of attorneys' fees incurred in bringing this motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order awarding Plaintiff's attorney's fees for having to bring this Motion, against Defendant, William Meyler, and take further action against Defendant including remedies under Fed. R. Civ. P. 37(a)(5), compel

Defendant to appear for deposition within sixty (60) days, and any other relief that this Court deems just and proper.

## LOCAL RULE 7.1.a.3 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Plaintiff certifies that undersigned counsel, Kraig Weiss, Esq., conferred with counsel for Defendants by e-mail on August 24, 2016, in a good faith effort to resolve the issues raised by this motion.

Dated: August 29, 2016

*Respectfully submitted*,

SILVERBERG & WEISS, P.A.
*Attorney for Plaintiff*
1290 Weston Road, Suite 218
Weston, Florida 33326
Primary e-mail: Notices@pkslegal.com
Tel: (954) 384-0998
Fax: (954) 384-5390

By: */s/ Paul K. Silverberg*
    Paul K. Silverberg, Esq.
    Fla. Bar No. 147877
    Kraig S. Weiss, Esq.
    Fla. Bar No. 63193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day in all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Paul K. Silverberg*
    Paul K. Silverberg, Esq.

## SERVICE LIST

Andrew L. Cole
LeClairRyan
Andrew.cole@leclairryan.com
180 Admiral Cochrane Drive, Suite 520
Annapolis, Maryland 21401
P. (410) 224-3000
F. (410) 224-0098
*Attorneys for Defendants Cowan, Gunteski
& Co., P.A., Donald Cowan and William Meyler*