UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-62334-Civ-Rosenberg/Brannon

Tauriga Sciences, Inc.,

    Plaintiff,

v.

Cowan, Gunteski & Co., P.A. et al,

    Defendants.
_____/

## ORDER

This matter is before the Court after a discovery hearing on Plaintiff's Motion to Compel the Deposition of William Meyler [DE 35], and Plaintiff's Motion to Compel Discovery Responses and Request for Attorneys' Fees [DE 36]. For the reasons stated on the record, it is ORDERED and ADJUDGED that:

1. Plaintiff's Motion to Compel the Deposition of William Meyler [DE 35] is GRANTED IN-PART, DENIED IN-PART. By *12:00 noon on September 9, 2016* the parties shall confer regarding a date and time to schedule the deposition. After the parties agree on a date and time, Plaintiff shall provide the proper notice for the deposition under the Federal Rules of Civil Procedure. The Court reminds the parties that the discovery cut-off in this case shall be *October 7, 2016*, as will be provided for by separate order.

2. Plaintiff's Motion to Compel Discovery Responses and Request for Attorneys' Fees [DE 36] is GRANTED IN-PART, DENIED IN-PART. Defendant shall respond to Plaintiff's First Request for Production by *September 15, 2016*.

1

Plaintiff's request for attorneys' fees is denied, and the parties are reminded to abide by the Court's Order Setting Discovery Procedure, which the Court shall reissue for counsel's convenience.

3. The parties are further ordered to, by *12:00 noon on September 9, 2016* confer regarding the entry of a protective order governing the production of documents. If the parties cannot agree on the entry of a protective order, Defendant may file a motion for a protective order with the Court by *September 9, 2016* to which Plaintiff may file an opposition with the Court by *12:00 noon on September 13, 2016.*

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 8th day of September, 2016.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE