UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-62334-Civ-Rosenberg/Brannon

Tauriga Sciences, Inc.,

      Plaintiff,

v.

Cowan, Gunteski & Co., P.A. et al,

      Defendants.

_____/

**<u>ORDER</u>**

This matter is before the Court after a telephonic scheduling conference held on September 8, 2016.  In addition to the deadlines that the Court has already set in this case [DE 22], the following deadlines shall govern:

| | |
|---|---|
| October 7, 2016 | All discovery shall be completed. |
| October 21, 2016 | All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine* shall be filed. |
| November 23, 2016 | Mediation must be completed. |
| December 7, 2016 | Status Conference. |
| December 19, 2016 | Joint Pretrial Stipulation shall be filed.  Designations of deposition testimony shall be made. Parties shall also exchange Rule 26(a)(3) witness and exhibit lists. |
| January 9, 2017 | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |
| January 17, 2017 | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 8th day of September, 2016.


DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE