UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-62334-ROSENBERG-BRANNON

TAURIGA SCIENCES, INC.,
A Florida Corporation,

        Plaintiff,

v.

COWAN, GUNTESKI & CO., P.A.,
A Foreign Corporation; DONALD
COWAN, an Individual; and WILLIAM
MYLER, an Individual,

        Defendants.
_____/

**AFFIRMATION IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER**

Ronal S. Herzog hereby affirms, under the penalties of perjury:

1. I am an officer of LeClairRyan, PC, attorneys for the Defendants in this action.

2. This affirmation is respectfully submitted in support of Defendants' motion for a limited protective order.

3. Attached hereto as Exhibit 1 is a copy of the Mediation Agreement governing the mediation between Tauriga Sciences, Inc. and Cowan, Gunteski & Co., P.A., dated as of January 25, 2016. This Agreement was executed by Mr. Silverberg on Plaintiff's behalf prior to the commencement of the mediation.

4. Attached hereto as Exhibit 2 is a copy of the February 5, 2016 press release issued by Tauriga Sciences, Inc., a copy of which I was provide on the morning of February 5, 2016.

19169319.1

5. Attached hereto as Exhibit 3 is a copy of the March 8, 2016 press release issued by Tauriga Sciences, Inc., a copy of which was I provided on the morning of March 8, 2016.

Dated: September 9, 2016

/s/ Ronald S. Herzog
Ronald S. Herzog

# EXHIBIT 1

## Mediation Agreement
## in Tauriga Sciences, Inc. v. Cowan, Gunteski & Co., P.A. and William Meyler

### As of January 25, 2016

The parties have agreed to submit their dispute to mediation with Daniel F. Kolb to act as mediator.

By signing this agreement the parties confirm their understanding that mediation sessions and all materials prepared for mediation are confidential. Each party agrees not to compel or seek to compel the mediator to produce any documents provided by the other party, or to compel the other party to testify regarding statements made in mediation sessions. In no event will the mediator disclose confidential information provided during the course of the mediation, testify voluntarily on behalf of either party, or submit any type of report to any court or arbitration panel in connection with this matter.

The mediator may find it helpful to meet with each party separately; in that event, the mediator will not reveal what is said by one of the parties to the other without consent.

The mediation process shall be treated as a compromise negotiation for purposes of the rules of evidence. Documents and information otherwise discoverable will not be shielded from discovery merely because they are submitted or referred to in the mediation.

The parties or a party representative with settlement authority will attend mediation sessions. No one else may attend without the permission of the parties and the consent of the mediator.

The parties agree that the mediator is neither counsel for nor a representative of either party.

The parties agree to pay the mediator a fee for all hours spent in mediation sessions, communications with the parties or their counsel and study time related directly to this matter at the rate of $475 per hour, plus out-of-pocket costs, if any.

Paul Silverberg                                Date
Counsel for Tauriga Sciences, Inc.

Ronald S. Herzog                               Date
Counsel for Cowan, Gunteski & Co., P.A.

Daniel F. Kolb                                 Date  2/11/16
Mediator

# EXHIBIT 2

# Tauriga Sciences, Inc. Updates Shareholders on Status of Litigation and Efforts to Regain OTCQB Listing

http://www.baystreet.ca/newswire/ ⊞ACCESSWIRE http://www.baystreet.ca/newswire/

2 hours ago

- https://settings.yahoo.com/interests

NEW YORK, NY / ACCESSWIRE / February 5, 2016 / Tauriga Sciences, Inc. (OTC PINK: TAUG) or ("Tauriga" or the "Company"), a diversified life sciences company focused on building its existing technologies and evaluating potential acquisition candidates, today provided shareholders with two important updates relating to its ongoing litigation with its predecessor audit firm Cowan Gunteski & Co. PA ("Cowan Gunteski") and its efforts to regain its status as a fully reporting OTCQB listed company. The Company is also actively evaluating potential acquisition candidate(s) in the life sciences space, should the Company be successful in its current initiatives.

On Wednesday, February 3, 2016, Tauriga spent the day with Cowan Gunteski, including the firm's Managing Partner ("Donald Cowan"), the former auditing partner William Meyler ("Bill Meyler"), and the malpractice insurance company adjuster ("insurance adjuster") during an all-day mediation session in New York City. While the parties spent hours discussing the pertinent facts as well as potential settlement figures, the parties were unable to reach a resolution. Tauriga, through its legal counsel Silverberg & Weiss ("Paul Silverberg"), was able to determine significant weaknesses in Cowan Gunteski's defense and is increasingly confident in the Company's ability to collect on a substantial judgment. The above-mentioned parties will spend the next few weeks continuing the settlement efforts and expect to move forward with litigation thereafter, if no settlement is reached. It is expected that if litigation continues, that this matter would be concluded in approximately 18 months. Tauriga has requested a trial by jury (Federal Court, Southern District Florida) and expects this will be to its advantage.

With respect to its efforts to regain compliance with the SEC rules that govern fully reporting U.S. based public companies, Tauriga expects that it will finally be in possession of the Fiscal Year 2014 ("FY 2014") work papers that are required by the Company's new audit firm ("current auditor") to re-audit FY 2014 financial statements. The Company, as well as its current auditor, have been requesting that the predecessor audit firm return these FY 2014 work papers since June of 2015. After the predecessor audit firm was publicly censured by PCAOB on July 23, 2015, the current auditor requested the release of the FY 2014 work papers

1

multiple times (this occurred during early August 2015). The Company is hopeful that it will obtain these FY 2014 work papers, in their entirety, in the near term and once in possession of such work papers, the Company will work as quickly as it can to regain its OTCQB listing status as a fully reporting U.S. public Compan /.

Tauriga's CEO Seth M. Shaw commented "The Company has been working diligently to protect its shareholders through the prosecution of its ongoing litigation against the predecessor audit firm Cowan Gunteski. The Company has been unable to reliably secure funding since its removal from the OTCQB on July 31, 2015, due to the fact that potential investors can no longer depend on Rule 144 exemptions as they pertain to direct investments. The Company is extremely confident in its ability to collect any potential future judgement awarded to Tauriga as a result of the jury trial in Federal Court. Lastly, the Company is not planning any reverse splits at this time and remains hopeful that it will not be necessary to implement one."

To complete this communication, please read the legal disclosure below



**Robert Boyle, CPA**
Principal
SEC Services Group
rboyle@cgteam.com

Cowan, Gunteski & Co., P.A.
730 Hope Road
Tinton Falls, NJ 07724
Phone: 732-676-4100 x 4107
Fax: 732-676-4101
www.cgteam.com
Helping Our Clients Achieve Their Goals

2

# EXHIBIT 3

# Tauriga Sciences, Inc. Obtains its Audit Work Papers for Fiscal Years 2013 and 2014; Company Targeting the Summer of 2016 to Regain Fully Reporting Status

**ACCESSWIRE**

*March 8, 2016 8:00 AM*
Content preferences
Done

**MIAMI, FL / ACCESSWIRE / March 8, 2016** / Tauriga Sciences, Inc. (OTC PINK: TAUG) ("Tauriga" or the "Company"), a diversified life sciences technology Company, today announced that the Company has finally obtained its audit work papers for the fiscal years ended March 31, 2013 and 2014. Due to the PCAOB's public censure on July 23, 2015 of the Company's predecessor audit firm, Cowan Gunteski & Co. P.A. ("Cowan Gunteski") (http://pcaobus.org/Enforcement/Decisions/Documents/Cowan.pdf), the Company has been forced to re-audit its financial statements pertaining to Fiscal Year 2014 (ending March 31, 2014). The Company had been requesting these work papers from Cowan Gunteski since the middle of June 2015, coinciding with the engagement of its new independent registered public accounting firm. The Company's requests for its work papers were repeatedly ignored by Cowan Gunteski, but as the result of the recent mediation between the Company and Cowan Gunteski, these work papers were formally returned to the Company on Monday March 7, 2016.

By obtaining these work papers, the Company's goal is that by Fiscal Year end March 31, 2016 ("FY 2016") Form 10-K due date (which is on or before June 30, 2016), it can file all of its delinquent filings with the Securities and Exchange Commission (the "SEC"). The Company is confident that once it regains its fully reporting status, it can petition OTC Markets to up-list its shares to the OTCQB exchange ("OTCQB"); the Company shares currently trade on the OTC Pink Limited Information Tier ("Pink Sheets"). However, it must be mentioned to shareholders that the OTC Markets cannot waiver the minimum 1 cent bid price requirement which stipulates a 30 day trading period during which shares of a public company must close at a bare minimum of 1 cent per share uninterrupted during that period.

1

Tauriga would be required to either build its Company fundamentals sufficiently that fair market value would exceed 1 cent per share organically or alternatively enact a corporate action known as a reverse split of its common stock ("Reverse"). The Company is focused solely at this time on building its fundamental/intrinsic value and creating shareholders value through execution and strong performance. However, the Company's Board of Directors has authorized a Reverse as a last resort strategy to regain compliance with the OTC Market's minimum bid price requirement. The Company views an uplisting as an important milestone, as it would enable the Company to once again seek financial support and investment from a broad array of institutional investors.

The Company is currently in discussions with several potential acquisition targets, all of whom would require Tauriga to regain its status as a fully reporting entity with the SEC. The Company has not ruled out the possibility of entering into a binding agreement with a potential acquisition target; however one critical condition must be met. Tauriga's Board of Directors has mandated that any such binding agreement must incorporate a closing period clause of "up to 500 calendar days." This should provide Tauriga with sufficient time to complete the prosecution of its lawsuit against Cowan Gunteski, which was filed on November 4, 2015 in Federal District Court in the Southern District Florida. The Company is confident in its ability to win a substantial monetary award should the case not settle prior to the commencement of such trial.

Tauriga's CEO Mr. Seth M. Shaw expressed, "The Company is pleased to have finally obtained its audit work papers. Nonetheless the Company will work as quickly as possible to file all of its required delinquent SEC filings and is hopeful for the damages incurred by the Company and its shareholders." clear to shareholders that we intend to hold Cowan Gunteski fully responsible for the damages incurred by the Company and its shareholders."

## About TAURIGA SCIENCES, INC.:

Tauriga Sciences, Inc. (OTC PINK: TAUG) is a diversified life sciences company focused on generating profitable revenues through its present and future holdings. The mission of the Company is to acquire and build a diversified portfolio of cutting edge technology assets that is capital efficient and of significant value to the shareholders. The Company's business model includes the acquisition of licenses, equity stakes, rights on both an exclusive and non-exclusive basis, and entire businesses. Management is firmly committed to building lasting shareholder value in the short, intermediate, and long terms. Please visit the Company's corporate website at www.tauriga.com

## NON SOLICITATION:

This press release does not constitute an offer to sell or the solicitation of an offer to buy any of these securities, nor will there be any sale of these securities in any state or other jurisdiction in which such offer, solicitation or sale is not permitted. Any securities offered or issued in connection with the above-referenced merger and/or investment have not been registered, and will be offered pursuant to an exemption from registration.

## DISCLAIMER:

Forward-Looking Statements: Except for statements of historical fact, this news release contains certain "forward-looking statements" as defined by the Private Securities Litigation Reform Act of 1995, including, without limitation expectations, beliefs, plans and objectives regarding the development, use and marketability of products. Such forward-looking statements are based on present circumstances and on Tauriga's predictions with respect to events that have not occurred, that may not occur, or that may occur with different consequences and timing than those now assumed

or anticipated. Such forward-looking statements involve known and unknown risks, uncertainties and other factors, and are not guarantees of future performance or results and involve risks and uncertainties that could cause actual events or results to differ materially from the events or results expressed or implied by such forward-looking statements. Such factors include general economic and business conditions, the ability to successfully develop and market products, consumer and business consumption habits, the ability to fund operations and other factors over which Tauriga has little or no control. Such forward-looking statements are made only as of the date of this release, and Tauriga assumes no obligation to update forward-looking statements to reflect subsequent events or circumstances. Readers should not place undue reliance on these forward-looking statements. Risks, uncertainties and other factors are discussed in documents filed from time to time by Tauriga with the Securities and Exchange Commission. This press release does not and shall not constitute an offer to sell or the solicitation of any offer to buy any of the securities, nor shall there be any sale of the securities, in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state. The securities have not been registered under the Securities Act of 1933, as amended (the "Securities Act") or any state securities laws, and may not be offered or sold in the United States absent registration, or an applicable exemption from registration, under the Securities Act and applicable state securities laws.

**Contact:**

Tauriga Sciences, Inc.
Mr. Seth Shaw
CEO
Tel: 1-917-796-9926
Email: sshaw@tauriga.com

**SOURCE:** Tauriga Sciences, Inc.